JESSE W. FENTON, appellant,

*v.*

WILLIAM S. CROOK et al., respondents.

[Decided February 6th, 1919.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *88 N. J. Eq. 432.*

*Mr. Samuel Roessler,* for the appellant.

*Messrs. Codington & Blatz,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.